AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 29, 2026*
Nathan Ochsner, Clerk of Court

United States of America
v.
Douglas PRICE
(USA / 1982)
*Defendant(s)*

Case No. 7:26-mj-00306-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 16, 2026 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| CT 1: 8 U.S.C. 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(A)(V)(II) | Conspiracy to bring an alien to the United States at a place other than a designated port of entry |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA D. Walker

/s/ Jacob Contreras
*Complainant's signature*

Jacob Contreras / Homeland Security Investigations Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: January 29, 2026 at 4:36 p.m.

*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

1. On January 16, 2026, an unaccompanied alien child (UAC), entered the United States by crossing the Rio Grande River and was subsequently apprehended by the United States Border Patrol in the brush in Hidalgo, Texas. The UAC did not cross into the United States at an official Port of Entry.

2. The UAC was taken into custody at the Customs and Border Protection (CBP) Border Patrol (BP) Central Processing Center (CPC) in McAllen, Texas, where she was interviewed by Homeland Security Investigations (HSI), and Border Patrol (BP). UAC informed Agents that her destination was with Douglas PRICE, located in Chugaik, Alaska.

    a. HSI established that Douglas PRICE has a criminal history and is a registered sex offender.

3. On January 22, 2026, the UAC's mother was apprehended by BP as she attempted to cross the river illegally into the United States.

4. On January 23, 2026, the UAC was further interviewed and stated she traveled from Honduras with her mother and were guided by a human smuggler. The UAC stated that her mother informed them that Douglas PRICE would be the UAC's sponsor and would also assist the UAC with obtaining her U.S. citizenship. The UAC informed HSI SAs that her mother had to pay human smugglers over the course of their travels to the border of Mexico. The UAC stated her mother was receiving money from PRICE to pay their smuggling fees via an application on her cellphone.

5. On January 23, 2026, the UAC's mother was interviewed. She reported she met PRICE approximately four (4) years ago, explaining that they had originally worked together in the hotel remodeling business and became friends. She reported that she had also been his housekeeper and babysat his children. She reported that she had been in frequent contact with PRICE throughout her journey from Honduras.









6. The UAC's mother informed SAs that she paid human smugglers, which PRICE helped fund through payments from his business, Black Bear Construction. PRICE paid approximately $5,000.00 USD to a phone number provided by the smugglers. Ulloa-Morales explained that she intended to pay back the money to PRICE by working for him.




7. HSI conducted a search of the mother's phone, which confirmed the transfer of funds from PRICE using the username, "Blackbear". In addition, further images revealed PRICE had sent the mother photos of himself and inquired about the status of the UAC.

   a. Sample photographs can be seen below. One photograph was cropped to exclude PRICE's family and minor children.



